■ PAUL WOLFE, Appellant, v. JOSEPH AMERICO, Doing Business as SAW MILL AUTO SALES, et al., Respondents.— Orders unanimously affirmed, with

$20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.